UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANTONIO SINGLETON and PORTAIA SINGLETON,

                            Plaintiffs,

                -against-

CITY OF NEW YORK, JOSE HIGA, Individually,
MICHAEL WHITE, Individually, HUGO ORTEGA,
Individually, ADRIAN CHATMAN, Individually, RONALD
REYNOLDS, Individually, SEAN FINNEGAN, Individually,
and JOHN and JANE DOE 1 through 10, Individually, (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),

                            Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 4175 (JBW) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 17 2013 ★
BROOKLYN OFFICE

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

*close the case*
*JBW 10/16/13*

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Leventhal & Klein LLP<br>*Attorneys for Plaintiff*<br>45 Main Street, Suite 230<br>Brooklyn, NY 11201<br>(718) 722-4100 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, NY 10007<br>(212) 356-2336 |
| By: _____<br>Brett H. Klein<br>*Attorney for Plaintiff* | By: _____ 10/15/13<br>Steven M. Silverberg<br>*Assistant Corporation Counsel* |
| | SO ORDERED:<br><br>_____<br>HON. JACK B. WEINSTEIN<br>UNITED STATES DISTRICT JUDGE |
| Dated: Brooklyn, New York<br>           10/16, 2013 | |

2